**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL ACTION NO. 1:20-CV-00364-GCM**

**SANDRA KAY SMITH,**

**Plaintiff,**

**v.**                                                               **ORDER**

**KILOLO KIJAKAZI,**

**Defendant.**

**THIS MATTER** comes before the Court on Defendant's Consent Motion to Remand to the Social Security Administration (ECF No. 16). Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing Defendant's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of Defendant's motion, with Plaintiff's consent, to remand this case for further administrative proceedings, the Court hereby remands this case to Defendant, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Shalala v. Schaefer*, 509 U.S. 292 (1993). On remand, Plaintiff will be given the opportunity for a new hearing. The clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Signed: November 2, 2021

Graham C. Mullen
United States District Judge