# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Sandra Kay Smith**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:20-cv-00364-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security **,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 2, 2021 Order.

November 2, 2021

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court