IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:20-CV-00364-GCM

| | |
|---|---|
| SANDRA KAY SMITH,<br><br>**Plaintiff,**<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>**Defendant.** | **ORDER** |

**THIS MATTER** comes before the Court on Plaintiff Sandra Kay Smith's Motion for Attorney Fees (ECF No. 19) and a subsequent joint stipulation by the parties (ECF No. 22). The parties now agree on the sum that ought to be paid in satisfaction of all claims arising under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

**IT IS THEREFORE ORDERED** that Defendant will pay Plaintiff $3,895.00 in attorney's fees in full satisfaction of all claims arising under EAJA. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel and mailed to 250 South Clinton Street, Suite 210, Syracuse, New York 13202, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act. Additionally, Plaintiff shall be paid $419.25 in costs from the Judgment Fund by the U.S. Department of Treasury pursuant to 28 U.S.C. § 2412(a)(1).

**IT IS FURTHER ORDERED** that the Motion for Attorney Fees (ECF No. 19) is **GRANTED AS MODIFIED** in this Order.

**SO ORDERED**.

Signed: February 9, 2022

Graham C. Mullen
United States District Judge